**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Paul Felix Mason, III, | No. CV-18-08016-PCT-ESW |
| Plaintiff, | **ORDER** |
| v. | |
| Commissioner of Social Security Administration, | |
| Defendant. | |

On March 19, 2018, the Court issued an Order (Doc. 10) screening Plaintiff's Complaint (Doc. 1). After finding that the Complaint failed to sufficiently plead a cause of action, the Court set March 9, 2018 as Plaintiff's deadline for filing a First Amended Complaint that corrects the deficiencies in the Complaint. (Doc. 10). The Court subsequently struck the Complaint (Doc. 1). (Doc. 12 at 2).

On March 26, 2018, Plaintiff filed a letter that the Court construed as a First Amended Complaint. (Doc. 11). In an April 11, 2018 Report and Recommendation (Doc. 12), the undersigned recommended that the Court dismiss Plaintiff's First Amended Complaint (Doc. 11) for failure to state a cause of action. On April 20, 2018, Plaintiff filed a document (Doc. 13) that is docketed as an Objection to the Report and Recommendation. On May 23, 2018, Plaintiff filed a copy of the original Complaint (Doc. 1), to which Plaintiff attached a copy of his letter (Doc. 13) filed on April 20, 2018. (Doc. 14). Because Plaintiff's May 23, 2018 filing (Doc. 14) is duplicative of (i) a

document (Doc. 1) that the Court has stricken and (ii) Plaintiff's Objection to the Report and Recommendation (Doc. 13),

**IT IS ORDERED** striking Plaintiff's May 23, 2018 filing (Doc. 14).

Dated this 5th day of June, 2018.

*Eileen S. Willett*
Eileen S. Willett
United States Magistrate Judge