# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Paul Felix Mason, III, | No. CV-18-08016-PCT-ESW |
| Plaintiff, | **ORDER** |
| v. | |
| Commissioner of Social Security Administration, | |
| Defendant. | |

Pending before the Court is Magistrate Judge Eileen S. Willett's Report and Recommendation recommending that Plaintiff's First Amended Complaint be dismissed without prejudice based on Plaintiff's failure to state a cause of action. (Doc. 12.)

After considering the Report and Recommendation, the Court will grant Magistrate Judge Willett's recommendation.

## STANDARD OF REVIEW

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1)(C); see Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991). Parties have fourteen days from the service of a copy of the Magistrate's recommendation within which to file *specific* written objections to the Court. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6, 72. Failure to object to a Magistrate Judge's recommendation relieves the Court of conducting *de novo* review of the Magistrate Judge's factual findings and waives all objections to those findings on appeal. See Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998). A failure

to object to a Magistrate Judge's conclusion "is a factor to be weighed in considering the propriety of finding waiver of an issue on appeal." Id. A general objection is not a specific written objection, and consequently, the Court is under no obligation to review it. See Thomas v. Arn, 474 U.S. 140, 149 (1985) (stating that no review at all is required for "any issue that is not the subject of an objection."); United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir.2003) (same).

## DISCUSSION[1]

Plaintiff's letter, which the Court considers an objection in form but not in substance, provides this Court with no guidance as to what portions of the Report and Recommendation Plaintiff considers to be incorrect. Consequently, Plaintiff's letter is ineffective, and the Court is relieved of any obligation to review it. See Thomas, 474 U.S. at 149. For the reasons set forth in the Magistrate Judge's report, the Court adopts the Magistrate Judge's recommendation that this case be dismissed without prejudice based upon Plaintiff's failure to state a cause of action.

## CONCLUSION

Accordingly,

**IT IS HEREBY ORDERED** adopting the Report and Recommendation of the Magistrate Judge. (Doc. 12.)

**IT IS FURTHER ORDERED** dismissing without prejudice Plaintiff's First Amended Complaint based upon Plaintiff's failure to establish a cause of action.

Dated this 26th day of June, 2018.

Honorable Stephen M. McNamee
Senior United States District Judge

---

[1] The procedural history of this case is set forth in the Magistrate Judge's Report and Recommendation. (Doc. 12.)